IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AARON S. HARPER,** | CIV S-04-0339 FCD JFM |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |
| v. | |
| **DENISE L. HARMON, et al.,** | |
| Defendants. | |

On December 9, 2005, defendants requested an extension of time, to and including January 6, 2006, in which to file their motion for summary judgment.

**GOOD CAUSE APPEARING**, defendants' request is granted.

Dated: December 20, 2005.

/s/ John F. Moulds
UNITED STATES MAGISTRATE JUDGE

/harp0339.ext