1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    AARON S. HARPER,

11              Plaintiff,                         No. CIV S-04-0339 FCD JFM P

12         vs.

13    DENISE L. HARMON, et al.,

14              Defendants.                        ORDER

15    _____/

16              Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17    42 U.S.C. § 1983.  On January 5, 2006, defendants filed a request for a second extension of time

18    to file dispositive motions.  Good cause appearing, defendants' request will be granted.

19              On January 17, 2006, plaintiff filed a second motion for appointment of counsel.

20    Plaintiff's first motion was filed November 1, 2005, and denied by order filed November 30,

21    2005.  As the court noted in its November 30, 2005 order, the United States Supreme Court has

22    ruled that district courts lack authority to require counsel to represent indigent prisoners in

23    § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain

24    exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to

25    28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v.

26    Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court still does

                                                  1

1    not find the required exceptional circumstances.  Plaintiff's second motion for the appointment

2    of counsel will therefore be denied.

3              In accordance with the above, IT IS HEREBY ORDERED that:

4              1.  Defendants' January 5, 2006 request for extension of time is granted;

5              2.  Defendants are granted until January 20, 2006 to file and serve a motion for

6    summary judgment; and

7              3.  Plaintiff's January 17, 2006 motion for the appointment of counsel is denied.

8    DATED:  January 24, 2006.

9

10                                        UNITED STATES MAGISTRATE JUDGE

11

12

13   12/mp
     harp0339.31(2)

14

15

16

17

18

19

20

21

22

23

24

25

26