IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON S. HARPER,

    Plaintiff,                    No. CIV S-04-0339 FCD JFM P

    vs.

DENISE L. HARMON, et al.,

    Defendants.            ORDER

_____/

        Plaintiff has requested an extension of time to file and serve an opposition to the defendants' January 20, 2006 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 21, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted forty-five days from the date of this order in which to file and serve an opposition to defendants' January 20, 2006 motion for summary judgment.

DATED: February 28, 2006.

                                                     */s/ John F. Moulds*
                                                   UNITED STATES MAGISTRATE JUDGE

/12
harp0339.36(2)