IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON S. HARPER,

      Plaintiff,                     No. CIV S-04-0339 FCD JFM P

     vs.

DENISE L. HARMON, et al.,

      Defendants.           ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  In view of the pendency of defendants' January 20, 2006 motion for summary judgment, and good cause appearing, IT IS HEREBY ORDERED that:

        1. The parties are relieved of the obligation to file pretrial statements until further order of court;

        2. The pretrial conference on the papers set for April 1, 2006 before the undersigned is vacated;

        3. The jury trial set for June 20, 2006 before the Honorable Frank C. Damrell, Jr. is vacated; and

/////

/////

1  4. Said dates will be reset, as appropriate, following resolution of defendants'
2 motion for summary judgment.
3 DATED: March 16, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
harp0339.vacdts