IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON S. HARPER,

    Plaintiff,                   No. CIV S-04-0339 FCD JFM P

  vs.

DENISE L. HARMON, et al.,

    Defendants.                ORDER

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On November 3, 2006, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on November 1, 2005 and January 17, 2006. All requests were denied. (See Orders filed November 30, 2005 and January 24, 2006.) In light of those orders, IT IS HEREBY ORDERED that plaintiff's November 3, 2006 request for appointment of counsel is denied.

DATED: November 27, 2006.

                                        UNITED STATES MAGISTRATE JUDGE

/mp
harp0339.31thr