IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON S. HARPER,

    Plaintiff,                       No. CIV S-04-0339 FCD JFM P

    vs.

DENISE L. HARMON, et al.,

    Defendants.                ORDER

_____/

    Plaintiff has requested an extension of time to file and serve objections to the August 15, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's September 4, 2007 request for an extension of time is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file and serve objections to the August 15, 2007 findings and recommendations. No further extensions of time will be granted.

DATED: September 12, 2007.

UNITED STATES MAGISTRATE JUDGE

/mp/001
harp0339.36