UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

AARON S. HARPER,

        Plaintiff,                No. CIV S-04-0339 FCD JFM P

  vs.

DENISE L. HARMON, et al.,

        Defendants.         **ORDER & WRIT OF HABEAS CORPUS**
_____/       **AD TESTIFICANDUM**

        Aaron S. Harper, inmate #E-26488, a necessary and material witness in proceedings in this case on April 11, 2008, is confined in Mule Creek State Prison, P.O. Box 409026, Ione, California, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Frank C. Damrell, Jr., to appear by video-conferencing at Mule Creek State Prison, on April 11, 2008, at 1:30 p.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Mule Creek State Prison, P.O. Box 409026, Ione, California:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: March 6, 2008.

                                                  UNITED STATES MAGISTRATE JUDGE

/001; harp0339.841