IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON S. HARPER,

        Plaintiff,                        No. CIV S-04-0339 FCD JFM P

   vs.

DENISE L. HARMON, et al.,

        Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to court order, this matter came on for trial confirmation hearing on May 5, 2008. Aaron S. Harper appeared in propria persona. Kelli M. Hammond, Deputy Attorney General, appeared as counsel for defendants.

        At the hearing, plaintiff raised objections to witnesses named by defendants. Plaintiff was directed to include his objections in a motion in limine.

        Plaintiff also advised the court that his § 1983 complaint had been lost during his transfer. Defense counsel agreed to send plaintiff a copy of the complaint.

        All motions in limine shall be filed at least fourteen calendar days prior to trial; any opposition shall be filed seven days before trial. Trial briefs, jury instructions and proposed voir dire shall be filed fourteen calendar days prior to trial.

1    Finally, the jury trial of this matter set for June 17, 2008, at 9:00 a.m. is
2 confirmed.¹  Motions in limine will be heard at 9:00 a.m.; jury selection will begin at 10:00 a.m.
3 The court will issue writs of habeas corpus ad testificandum for the appearance of plaintiff and
4 incarcerated witnesses at trial.
5    In accordance with the above, IT IS HEREBY ORDERED that:
6    1. Within ten days from the date of this order defendants shall serve plaintiff with
7 a copy of the February 18, 2004 complaint.
8    2. At least fourteen calendar days prior to trial, the parties shall file all motions in
9 limine, trial briefs, jury instructions and proposed voir dire.  Any opposition to motions in limine
10 shall be filed seven days before trial.
11    3. Jury trial is confirmed for June 17, 2008, at 9:00 a.m. in Courtroom #2 before
12 the undersigned.
13 DATED: May 8, 2008

UNITED STATES DISTRICT JUDGE

/harper.tch

---

¹ After the hearing, defendants declined to consent to the jurisdiction of the magistrate judge.  (Docket No. 74.)

2