IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON S. HARPER,

    Plaintiff,      No. CIV S-04-0339 FCD JFM P

    vs.

DENISE L. HARMON, et al.,

    Defendants.      <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  This case is presently set for jury trial on June 17, 2008 before the district court.  On May 14, 2008, plaintiff filed a request for copies of his complaint.  Although the court directed defendants to provide plaintiff with a copy of his complaint, he was only provided with a partial copy.  Plaintiff states he is missing documents where he amended his complaint between October 1, 2004 and December 13, 2004.  On December 10, 2004, plaintiff lodged an amended complaint and filed a request to amend his complaint.  On February 14, 2005, plaintiff withdrew his request to amend.  Thus, this action is proceeding solely on plaintiff's February 18, 2004 complaint.

        However, because this case is rapidly approaching trial and plaintiff's legal file was lost during his transfer, the Clerk of the Court will be directed to provide plaintiff with a copy of his December 10, 2004 filings.  Plaintiff is cautioned, however, that the amended complaint lodged on December 10, 2004 is not controlling in this case.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's May 13, 2008 request for copies is granted; and

2. The Clerk of the Court is directed to serve plaintiff with a copy of his December 10, 2004 request to amend his complaint (docket no. 17) and a copy of the proposed amended complaint, lodged December 10, 2004.

DATED:  May 23, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

001
harp0339.cop